■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. KATHLEEN O'NEIL LARKIN, Admitted on May 7, 1986, at a Term of the Appellate Division, Second Department. [789 NYS2d 421]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158 (1998).]